UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

P.S. 5803.07
March 16.1998
Attachment A, Page 1

PROGRESS REPORT

FPC, Danbury, CT
INSTITUTION

March 19, 2005
DATE

Inmate Reviewed:

_____      3-19-05      _____
Inmate's Signature              Date         Staff Signature

| 1. Type of Progress Report: | | |
|---|---|---|
| Initial: _____   Statutory Interim: _____   Pre-Release: XXX | | |
| Transfer: _____   Biennial: _____   Other (specify): _____ | | |
| 2. Name: SMITH, Teresa | 3. Register Number: 80378-038 | 4. Age (DOB): 27 (04-05-1977) |
| 5. Present Security / Custody Level: Minimum / OUT | | |
| 6. Offense / Violator Offense: 18 U.S.C. 1341, Mail Fraud; 18 U.S.C. 1343, Wire Fraud | | |
| 7. Sentence: 57 Months; 3 Years Supervised Release; $1,000.00 Felony Assessment; $857,776.06 Restitution | | |
| 8. Sentence Began: 08-15-2003 | 9. Months Served + Jail Credit: 19 Months + 1 Day JCT | 10. Days GCT/or EGT/SGT 54 Days GCT |
| 11. Days FSGT/WSGT/DGCT: 0/0/0 | 12. Projected Release: 10-03-2007 via GCT | 13. Last USPC Action: N/A |
| 14. Detainers / Pending Charges: There are no known detainers or pending charges. | | |
| 15. Co-defendants: None | | |

Distribution: Inmate File
        U.S. Probation Office (final progress report only)
        Parol Commission Regional office (If applicable; final progress report only)
        Inmate

BP-CLASS-3

P.S. 5803.07<br>
March 16, 1998<br>
Attachment A, Page 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

PROGRESS REPORT - CONTINUED

Committed Name: __SMITH, Teresa__     Reg. No.: __80378-038__   Date: __March 19, 2005__

**16.  INSTITUTIONAL ADJUSTMENT:**

    **A.  PROGRAM PLAN:** Ms. Smith was initially classified at the Federal Prison Camp, Danbury, Connecticut, on September 5, 2003. At that time, the unit team encouraged her to participate in the Financial Responsibility Program, exercise at least three times per week, Puppies Behind Bars Program, weekly recreational activities, and maintain clear conduct. Ms. Smith's adjustment to incarceration has been very good. She quickly became acclimated to the physical and social structure of the Camp and has not had any problems. She has participated in the Financial Responsibility Program, Puppies Behind Bars, and recreational activities as recommended during classification. She had received approval to participate in the Intensive Confinement Center Program, however, the program has been cancelled bureau-wide because of budget cuts. Ms. Smith maintains a good rapport with staff and her peers.

    **B.  WORK ASSIGNMENTS:** Ms. Smith has been assigned to the Puppies Behind Bars Program since December 13, 2003. In the program, she attends weekly classes on raising and training dogs. Once trained these dogs are used as guide dogs for the blind and explosive detection for law enforcement agencies. As a primary raiser, she is responsible for the housebreaking, obedience training, socialization, and grooming of her assigned puppy. To date, she has successfully trained one puppy over a twelve-month period. She continues to work full-time in the program with other puppies. In addition, she works as an orderly in the Camp. She is responsible for cleaning and setting up the visiting room. Ms. Smith is also helpful in assisting with the Admission and Orientation Program for new inmates. She helps to coordinate the roster of speakers on orientation days and guides the new inmates through the day long process. Ms. Smith does her work in a very orderly manner, is very dependable and requires minimal supervision in performing her duties. She has consistently received outstanding work performance evaluations on all job assignments. Ms. Smith is very eager to assist staff and inmates in other areas whenever the need arises.

    **C.  EDUCATIONAL/VOCATIONAL PARTICIPATION:** Ms. Smith received her high school diploma prior to incarceration and has no educational requirements to fulfill. She has completed a Crochet craft class and signed up to participate in a 21-credit college program for Business Management.

P.S. 5803.07
March 16, 1998
Attachment A, Page 3

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

PROGRESS REPORT-CONTINUED

Committed Name: SMITH, Teresa    Reg. No.:80378-038  Date: March 19, 2005

- **D.  COUNSELING PROGRAMS:** Ms. Smith has completed the Life in the Fast Lane counseling group. This is a nine-week group focusing on accepting responsibility for negative behaviors and identifying way to correct those behaviors. She is currently on the waiting list to participate for the Anxiety Management. This is a twelve-week group to be facilitated by a staff psychologist.

- **E.  INCIDENT REPORTS:** Ms. Smith has not received any misconduct reports.

- **F.  INSTITUTIONAL MOVEMENT:** Ms. Smith voluntarily surrendered to the Federal Prison Camp, Danbury, Connecticut, on August 15, 2003. There has been no further institutional movement.

- **G.  PHYSICAL AND MENTAL HEALTH;** Ms. Smith is classified as regular duty with no restrictions. There is no history of mental or emotional disorders. Ms. Smith is considered to be fully employable upon release

- **H.  PROGRESS ON FINANCIAL PLAN:** During sentencing, the Court ordered payment of a $1,000.00 felony assessment and restitution in the amount of $857,776.06. She has completed payment of the felony assessment and is making $25.00 monthly payments towards the restitution.

17. **RELEASE PLANNING:** Upon release, Ms. Smith will reside in Unionville, Connecticut.

- **A.  RESIDENCE:**    Christopher Deston, Fiancé
                        163 New Britain Avenue
                        Unionville, CT 06085
                        (860) 673-8594

- **B.  EMPLOYMENT:**   Ms. Smith will secure employment upon placement in a community corrections center.

- **C.  U.S.P.O.:**     Robert P. Ryan, Chief          (Sentencing)
                        United States Probation Office
                        945 John W. McCormack
                        Post Office & Courthouse
                        Boston, MA 02109-4561

P.S. 5803.0⁻
March 16, 1998
Attachment A, Page 4

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## PROGRESS REPORT-CONTINUED

Committed Name: <u>SMITH, Teresa</u>     Reg. No.:<u>80378-038</u>  Date: <u>March 19, 2005</u>

> Maria Rodrigues McBride, Chief     (Residential)
> United States Probation Office
> Connecticut Financial Center
> 157 Church Street, 22nd Floor
> New Haven, CT 06510

**D.   INSTITUTION/UNIT PRE-RELEASE:** Ms. Smith has completed the following classes: Buying a Home, AIDS Awareness, Interview Techniques, Principles of Exercise, Community Resources, Personal Growth, and Release Requirements.

DICTATED BY: _____     DATE: 03/19/05
                Robert E. Kee, Case Manager

REVIEWED BY: _____     DATE: 3-19-05
                Rachel Chapa, Camp Administrator