# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Theresa Smith,**
                    **Petitioner,**

        **V.**

**United States of America,**
                    **Respondent,**

**CIVIL ACTION**

**NO.    05-10014-NMG**

## ORDER OF DISMISSAL

**Gorton,   D. J.**

In accordance with the Court's Memorandum and Order dated    **7/14/05**

_____ denying motion to vacate, it is hereby ORDERED that the above-entitled

action be and hereby is dismissed.

                              By the Court,

**7/14/05**                                    **/s/ Craig J. Nicewicz**
**Date**                                        **Deputy Clerk**

(Dismmemo.ord - 09/92)                                              [odism.]